# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br><br>Jonathan Scott Sandifer,<br><br>Debtor | Chapter 7<br><br>Case No.  14-01657-dd |
| AMG Trust, Grayson Consulting, Inc., and Alan Grayson<br><br>Plaintiffs,<br><br>v.<br><br>Jonathan Scott Sandifer,<br><br>Defendant. | Adv. Proc. No.  14-80076-dd<br><br>**CERTIFICATE OF SERVICE** |

I, Sean Markham, an attorney with the Markham Law Firm, LLC, do hereby certify that a copy of the Motion to Withdraw the Reference from the Bankruptcy Court was mailed to the parties below.

Jonathan Sandifer
1045 B Harbor View Rd
Charleston, SC  29412

Michelle L. Vieira
P O Box 70309
Myrtle Beach, SC 29572-0024

Date of Service December 23, 2014

/s/Sean Markham
Sean Markham, I.D. # 10145
Attorney for Grayson Consulting, Inc,
AMG Trust, Alan Grayson
P.O. Box 20074
Charleston,SC29413-0074
843-284-3646

1